Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: sshah@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

*[Stamp: IT IS SO ORDERED, Judge James Ware, United States District Court, Northern District of California]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>JEROME OSTHOFF,<br><br>    Defendant. | Case No.: CV-03-05339 JW<br><br>Hon. James Ware<br><br>**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT JEROME OSTHOFF; [~~PROPOSED~~] ORDER THEREON** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action without prejudice as to Defendant JEROME OSTHOFF ("Defendant").  This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter. Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its/his own attorneys' fees and costs incurred in this action to date.

Defendant answered the Complaint on or about September 13, 2004.  DIRECTV, therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court order.  Fed. R. Civ. P. 41(a).  Accordingly, DIRECTV respectfully requests the entry of such an order dismissing Defendant without prejudice.

Defendant JEROME OSTHOFF is the last remaining active Defendant in this action. This entire action as to all remaining claims is therefore terminated in full.

DATED: July 25, 2005                    Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation


By:_____/s/ Sandeep J. Shah_____
Sandeep J. Shah
Attorneys for Plaintiff DIRECTV, Inc.

## ORDER

Having read the foregoing Request for Voluntary Dismissal of Defendant JEROME OSTHOFF ("Defendant") filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed without prejudice as against Defendant JEROME OSTHOFF only;

2. Each party shall bear its own attorney's fees and costs incurred in this action to date; and

3. As Defendant JEROME OSTHOFF is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED: July 27, 2005

/s/ James Ware
Honorable Ware
United States District Court
Northern District of California